IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 12-13-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL RAY LUFBOROUGH, | |
| Defendant. | |

Before the Court is Defendant's proposed Order Appointing Counsel. (Doc. 67.) The Court notes that Defendant failed to adhere to Local Criminal Rule 47.1(c), which states:

> Except as otherwise provided in these rules or by order, a proposed order is required and permitted only with a motion for extension of time or with an unopposed motion. All proposed orders must:
>
> (2)     be e-mailed in WordPerfect or Word format to the judge, so that the judge may alter it;
>
> (5)     be e-mailed only to the judge's address for proposed orders; for example, a judge whose initials are XYZ would have an e-mail address of xyz_propord@mtd.uscourts.gov; and
>
> (6)     be identified in the subject line of the e-mail by the first defendant's last name, the case number, and an abbreviated description of the document and the moving party, for example, Smith CR 08-29-GF p-ord gr def ext time

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously.

Here, Defense e-filed a proposed order to appoint Kelly J. Varnes. The proposed order was not submitted to the Judge's email [TJC_PROPORD@mtd.uscourts.gov] and lacked the proposed counsel's contact information. Compliance with the Local Criminal Rule 47.1 is thus required.

Accordingly, **IT IS ORDERED** that Defendant's filing (Doc. 67) is **REJECTED** with leave to file anew.

DATED this 27th day of November, 2019.

                                                              _____
                                                              TIMOTHY J. CAVAN
                                                              United States Magistrate Judge