FILED

JAN -9 2020

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RAY LUFBOROUGH,<br><br>Defendant. | CR 12-13-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, MICHAEL RAY LUFBOROUGH is hereby released from the custody of the U.S. Marshals Service.

DATED this 9th day of January, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1